IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

WILLIAM T. DAVIS )
)
v. ) NO. 3:07-0713
)
CITY OF MURFREESBORO, et al. )

**O R D E R**

In accordance with the contemporaneously entered Memorandum, the Motion to Dismiss (Docket Entry No. 17) filed by the City of Murfreesboro is GRANTED IN PART. All claims arising prior to July 6, 2006, are DISMISSED as untimely filed. In all other respects, the motion is DENIED.

So ORDERED.

JULIET GRIFFIN
United States Magistrate Judge